UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

SHANTELL BROWN,

    Plaintiff,

v.

INNOVATE LOAN SERVICING CORP.,

    Defendant.

Case No. 2:14-cv-2438

PLAINTIFF'S VERIFIED COMPLAINT

## COMPLAINT

SHANTELL BROWN ("Plaintiff"), through attorneys, alleges the following against INNOVATE LOAN SERVICING CORP., ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

4. Defendant conducts business in the state of Louisiana, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Baton Rouge, East Baton Rouge Parrish, Louisiana.

7. Defendant is a national company located in Fort Worth, Texas.

## FACTUAL ALLEGATIONS

8. In or around 2014, Defendant began placing collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (225) 221-54XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 888-904-4777.

11. Upon information and belief, Defendant's calls were placed with an automatic dialing system ("auto-dialer").

12. On or around May 1, 2014, Plaintiff spoke to Defendant and requested that Defendant stop placing telephone calls to her cell phone.

13. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on or around May 1, 2014.

14. Despite Plaintiff's request to cease, Defendant placed at least twenty-five (25) automated collection calls to Plaintiff, including but not limited to the following:

    - May 4, 2014: one (1) call;
    - May 6, 2014: two (2) calls;
    - May 9, 2014: one (1) call;
    - May 10, 2014: two (2) calls;
    - May 11, 2014: one (1) call;
    - May 12, 2014: one (1) call;

- May 13, 2014: one (1) call;
- May 14, 2014: one (1) call;
- May 16, 2014: two (2) calls;
- May 17, 2014: two (2) calls;
- May 18, 2014: one (1) call;
- May 19, 2014: one (1) call;
- May 21, 2014: one (1) call;
- May 22, 2014: one (1) call;
- May 30, 2014: one (1) call;
- May 31, 2014: two (2) calls;
- June 3, 2014: one (1) call;
- June 4, 2014: one (1) call;
- June 5, 2014: one (1) call;
- June 9, 2014: one (1) call

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTIONS ACT

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, Shantell Brown, respectfully requests judgment be entered against Defendant, Innovate Loan Servicing, for the following:

17. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

18. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

19. All court costs, witness fees and other fees incurred; and

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  October 23, 2014

By: /s/ Denis E. Vega
     Denis E. Vega
     335 City Park Ave.
     New Orleans, LA 70119
     (504) 913-8342
     (504) 324-0868
     dvega@vegalaw.net
     Attorneys for Plaintiff,
     SHANTELL BROWN