## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **SHANTELL BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.** |
| | ) | **2:14-cv-2438** |
| **v.** | ) | |
| | ) | |
| **INNOVATE LOAN SERVICING** | ) | **District Judge Jay C. Zainey** |
| **CORPORATION,** | ) | **Magistrate Judge Karen Wells Roby** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Shantell Brown ("Plaintiff") and Defendant Innovate Loan Servicing Corporation ("Innovate"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, without prejudice, with the parties to bear their own attorney's fees, costs and expenses so that Plaintiff may proceed with her claims against Defendant in arbitration.

Respectfully submitted this 2nd day of March, 2015.

*s/ Thomas K. Potter, III*
Thomas K. Potter, III (LA Bar# 17348)
BURR & FORMAN LLP
700 Two American Center
3102 West End Avenue
Nashville, Tennessee 37203
Telephone:  (615) 724-3231
Facsimile: (615) 724-3331
E-mail:  tpotter@burr.com

*Attorneys for Defendant*
İNNOVATE LOAN SERVICING CORPORATION

*s/ Denis E. Vega*
Denis E. Vega
335 City Park Avenue
New Orleans, LA 70119
(504) 913-8342
Facsimile:  (504) 324-0868
dvega@vegalaw.net

*Attorney for Plaintiff*
SHANTELL BROWN